Announced Wednesday, April 14.

38746. Angeline K. Thomas et al., appellees v. Raymond Fields; Beacon Mutual Indemnity Co., appellant. Cuyahoga County. Appeal from the Court of Appeals. Appeal dismissed as improvidently allowed, for reason that record does not contain copy of the "Ohio Motor Vehicle Assigned Risk Plan" relied upon by appellant as basis for reversal of judgment.

39240. The State of Ohio, appellee v. Anthony Verzi et al., appellants. Summit County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias and Schneider, JJ., concur.

39261. The State of Ohio, appellee v. Edward Keeling, appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38960. In re Estate of Abraham Anstat: Stanley J. Bowers, Tax Commr., appellee v. Histadrut, National Committee for Labor Israel, appellant. Butler County.

39239. Mabel Lucas, appellee v. Carol S. Winkler, appellant. Montgomery County.

39267. Charles A. Riley et al. appellants v. Village of Granville et al., appellees. Licking County.

39274. Susine S. Reitt, Admx., appellee v. Spector Freight System, Inc., appellant. Cuyahoga County.

39240. The State of Ohio, appellee v. Anthony Verzi et al., appellants. Summit County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39255. The State of Ohio, appellee v. LaMont Atkinson, appellant. Lorain County. To dismiss appeal as of right. Overruled. For leave to appeal. Allowed.

39261. The State of Ohio, appellee v. Edward Keeling, appellant. Cuyahoga County. To dismiss appeal as of right. Sustained. For leave to appeal. Overruled.

38851. The State, ex rel. Harold C. Foreman, appellant v. City Council of Bellefontaine et al., appellees. Logan County.